**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**MARIA BAKARI,**

    Plaintiff(s),

**CASE NO. 3:10-cv-250**

**-vs-**

**District Judge Timothy S. Black**

**BRUCE MAY,** *et al***,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Defendant's Motion for Judgment on the Pleadings as to all claims (Doc. 8) is **GRANTED**.  The Clerk of Court shall enter Judgment in favor of Defendants on all claims asserted by Plaintiff.  This case is **CLOSED**.

Date:  May 6, 2011                                           **JAMES BONINI, CLERK**

                                                                By: s/ M. Rogers
                                                                Deputy Clerk